## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONGKOL MUAY THAI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JG (THAILAND) COMPANY LIMITED,<br><br>Defendant. | Case No. 22-cv-0506-BAS-KSC<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR ENTRY OF DEFAULT**<br><br>**(ECF No. 11)** |

On January 25, 2023, this Court entered its second Order to Show Cause for Plaintiff Mongkol Muay Thai Corporation ("Mongkol")'s failure to prosecute the instant action. (Second Order to Show Cause ("Second OSC").) It instructed Mongkol could show cause either by filing a request for entry of default or by requesting an extension to do so on or before February 6, 2023. (*Id.*) On February 6, 2023, Mongkol sought an extension to file an entry of default until March 10, 2023 (ECF No. 7), which this Court granted the next day (ECF No. 8). On February 28, 2023, Mongkol moved to substitute its attorney. (ECF No. 9.) That motion did not contain a request to extend Mongkol's deadline to file a request for entry of default. (*Id.*) March 10, 2023 came and went, yet Mongkol neither filed a request for entry of default nor an application for an extension of time to do so.

- 1 -

Now, on March 22, 2023, nearly two weeks removed from the deadline set forth in this Court's February 7, 2023 Order, Mongkol requests an entry of default against Defendant JG (Thailand) Company Limited.  (ECF No. 11.)  The request appends two declarations (ECF Nos. 11-1, 11-2), neither of which contain attestations justifying Mongkol's failure to comply with the Second Order to Show Cause.  Mongkol is not entitled to this Court simply overlooking its noncompliance with court-ordered deadlines.  Indeed, Mongkol's failure to abide by the Second Order to Show Cause constitutes a basis for dismissal in and of itself.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), *as amended* (May 22, 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court.").

Accordingly, Mongkol's Request for Entry of Default is **DENIED WITHOUT PREJUDICE** to a renewed filing that is supported by facts showing good cause justified Mongkol's noncompliance with the Second Order to Show Cause.

**IT IS SO ORDERD**

**DATED: March 23, 2023**

Hon. Cynthia Bashant
United States District Judge